# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-610-613

**Effective date of registration:**

May 10, 2011

---

## Title

**Title of Work:** The Woman

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Modern Woman LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Modern Woman LLC

c/o 2211 Broadway, #7A, New York, NY, 10024, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**New material included in claim:** production as a motion picture

## Rights and Permissions

**Organization Name:** Modern Woman LLC

**Address:** c/o 2211 Broadway, #7A

New York, NY 10024 United States

## Certification

**Name:** Robert Tonino

**Date:** May 3, 2011